UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY M. HIGHT,

       Plaintiff,

File No. 1:08-CV-1062

v.

HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
                           /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 17, 2010, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that the final decision of the Commissioner of Social Security denying Plaintiff Bethany M. Hight's claims for disability insurance benefits and supplemental security income benefits be affirmed. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 11) is **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff's claims for disability insurance benefits and supplemental security income benefits is **AFFIRMED**.


Dated: March 10, 2010                    /s/ Robert Holmes Bell
                                         ROBERT HOLMES BELL
                                         UNITED STATES DISTRICT JUDGE